EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Aprobación de Cambio de Status Inactivo de octubre a diciembre de 2013 | 2014 TSPR 14<br><br>190 DPR ____ |
|---|---|

Número del Caso: EM-2014-2

Fecha: 31 de enero de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
octubre a diciembre de 2013

                      EM-2014-2


RESOLUCIÓN


San Juan, Puerto Rico, a  31 de enero de 2014.

      Durante el periodo de octubre a diciembre de 2013, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**octubre**

| | |
|---|---|
| Efraín Toro Goyco | 2466 |
| José E. Caso García-Cabrera | 3157 |
| Antonio Sanz Ortega | 3712 |
| Carlos Rubén Ríos Hernández | 5032 |
| Ismael Ramírez Soto | 5697 |
| Juan J. Sotus Romero | 6608 |
| Manuel Bravo Gatell | 6705 |
| Ramón Morales Meléndez | 7559 |
| Magdalena Revuelta Haedo | 10,779 |
| Sandra I. Rodríguez Rodríguez | 13,604 |
| Efraín Maldonado Ramírez | 13,845 |
| Juan Carlos Rodríguez Alvira | 14,217 |
| Omayra Peña Detres | 14,906 |

## noviembre

| | |
|---|---:|
| Ariel Curet Cuevas | 2903 |
| Carmen L. Rivera Mercado | 5027 |
| José L. Pandolfi De Rinaldis | 6575 |
| Santos A. Silva Sernaqué | 11,291 |
| Héctor L. Cerra Quiñones | 11,343 |
| Wilfredo Vázquez Gómez | 14,435 |
| Karílix S. Salas Sánchez | 15,808 |
| Josué Rivera Robles | 16,127 |

## diciembre

| | |
|---|---:|
| Jorge E. Soto Marrero | 2127 |
| María I. González de Maldonado | 2536 |
| Juan Camacho Fabre | 2754 |
| Rafael Cortes Dapena | 3058 |
| Ricardo Santiago Matos | 4577 |
| William J. Luckeroth | 4995 |
| Carlos Cedeño Ubiñas | 5228 |
| Felipe B. Cruz Cordero | 5569 |
| Ana Rivera Vincenti | 7069 |
| Iván M. Viera Gallegos | 8235 |
| María I. Pagán Parés | 8996 |
| Raúl José Berio Álvarez | 11,585 |
| Sara Courtney Rodríguez | 11,742 |
| María S. González Rodríguez | 12,038 |
| María Teresa Arsuaga Byrne | 12,267 |
| Mireya Segura Márquez | 16,533 |
| Lourdes M. Colón Torres | 17,924 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo